NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3263

RICHARD A. MCGEE,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752080403-I-1.

ON MOTION

## O R D E R

Upon consideration of the petitioner's motion for a 60-day extension of time, until May 3, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

__MAR 1 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lawrence J. Fleming, Esq.
     Leslie Cayer Ohta, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK